# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

IN RE:  Roux, Philip G  )  Case No.  07 B 09441
        Roux, Cheryl L  )  Judge A. Benjamin Goldgar
                            Date   06/27/12

                            Debtor Attorney:

                            Gierum & Mantas
                            9700 W Higgins Road Ste 1015
                            Rosemont, IL  60018

Philip G. Roux and Cheryl L. Roux
1523 E Van Buren
Des Plaines, IL  60018              Mail

Mail

# Notice of Payment of Final Mortgage Cure Amount

Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee, Marilyn O. Marshall, files this Notice of Final Cure Payment.  The amount required to cure the default in the claim listed below has been paid in full.

**Name of Creditor:**  GMAC Mortgage Corporation

## Final Cure Amount

| Court Claim # | Account # | Claim Asserted | Claim Allowed | Amount Paid |
|---|---|---|---|---|
| 7 | 0359228569 | $ 38,327.45 | $ 38,327.45 | $ 38,327.45 |
| Total Amount Paid by Trustee | | | | $ 38,327.45 |

## Monthly Ongoing Mortgage Payment

Mortgage is Paid:

_____  Through the Chapter 13 Conduit      __X__  Direct by the Debtor(s)

Within 21 days of the service of the Notice of Final Cure Payment, the creditor MUST file and serve a Statement as a supplement to the holder's proof of claim on the debtor(s), debtor(s)' Counsel and the Chapter 13 Trustee, pursuant to Fed.R.Bank.P.3002.1(g), indicating 1) whether it agrees that the debtor(s) have paid in full the amount required to cure the default on the claim; and 2) whether the debtor(s) are otherwise current on all payments consistent with 11 U.S.C. § 1322(b)(5).

The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends remain unpaid as of the date of the statement.  The statement shall be filed as a supplement to the holder's proof of claim and is not subject to Rule 3001(f). Failure to notify may result in sanctions.

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Notice of Final Cure Payment was served on the parties listed below by ordinary U.S. Mail or served electronically through the Court's ECF System at the e-mail address registered with the Court on this 27th day of June, 2012.

| | |
|---|---|
| 06/27/12 | /s/ Rosalind Lanier |
| Date | Marilyn O. Marshall |
| | Chapter 13 Trustee |
| | Office of the Chapter 13 Trustee |
| | Suite 800 |
| | 224 South Michigan Avenue |
| | Chicago, IL  60604-2500 |

| | |
|---|---|
| <u>Debtor</u> | <u>US Trustee</u> |
| Philip G. Roux and Cheryl L. Roux | Patrick S. Layng |
| 1523 E Van Buren | Office of the United States Trustee |
| Des Plaines, IL  60018 | Dirksen Federal Court House |
| | 219 S Dearborn St Rm 873 |
| | Chicago, IL 60604 |
| | |
| | <u>Claim Holder</u> |
| | GMAC Mortgage Corporation |
| | 500 Enterprise Rd Ste 150 |
| | Horsham, PA  19044 |
| | |
| <u>Debtor Attorney</u> | <u>Attorney for Claim Holder</u> |
| Gierum & Mantas | C/O GMAC Mortgage Corporation |
| 9700 W Higgins Road Ste 1015 | 500 Enterprise Rd Ste 150 |
| Rosemont, IL  60018 | Horsham, PA  19044 |